FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL -8  A 11: 44

CLERK
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| HERNAN O' RYAN CASTRO, ) | |
| ) | |
| Petitioner-Appellant, ) | |
| ) | |
| vs. ) | CV497-97 (CR491-142) |
| ) | USCA No. 05-11533-H |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent-Appellee. ) | |

## ORDER

The United States Court of Appeals for the Eleventh Circuit having denied Appellant's motion for a certificate of appealability because appellant has failed to make a substantial showing of the denial of a constitutional right and denying as moot Appellant's motion for leave to proceed on appeal *in forma pauperis*,

**IT IS HEREBY ORDERED** that the Order of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this ___8___ day of July, 2005.

_____
JUDGE ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA