
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAR 13 PM 3:25

CLERK____S_P+y_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR491-142-03 |
| ) | |
| HERNAN CASTRO ) | |

## O R D E R

**IT IS HEREBY ORDERED** that the above captioned case, previously assigned to the Honorable John F. Nangle, is hereby reassigned for plenary disposition to the Honorable Anthony A. Alaimo.

**ORDERED ENTERED** at <u>Savannah</u>, Georgia, this __13rd__ day of March, 2009.

_____
William T. Moore, Jr.
Chief United States District Judge
Southern District of Georgia